UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INGRIS ESTELLA HERNANDEZ-MURILLO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2570** |
| **SHAD RICE** | **SECTION: D (5)** |

### ORDER AND REASONS

Before the Court is a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by Ingris Estella Hernandez-Murillo challenging the validity of her detention at South Louisiana ICE Processing Center in Basile, Louisiana.[1] Petitioner claims that her due process rights have been violated by her unlawful detention.[2] Before reaching the merits of Petitioner's claim, this court *sua sponte* determines whether it has jurisdiction.

Pursuant to 28 U.S.C. 2241(d), an application for a writ of habeas corpus made by a person in custody "may be filed in the district court for the district wherein such person is in custody."[3] Petitioner alleges that she is in custody in a detention facility in Basile, Louisiana.[4] Basile, Louisiana is located within the Western District of Louisiana. Accordingly, this court has no authority to entertain Petitioner's claim for relief.

---

[1] R. Doc. 1.
[2] *Id.*
[3] 28 U.S.C. § 2241(d). Also *see United States v. McPhearson*, 451 F. Appx 384 (5th Cir. 2011).(" The only district that may consider a habeas corpus challenge to present physical confinement pursuant to § 2241 is the district in which the prisoner is confined," citing *Rumsfeld v. Padilla*, 542 U.S. 426, 442-43 (2004).)
[4] R. Doc. 1 at p. 1.

In light of the seriousness of Petitioner's claim that she is being unlawfully detained, and in the interest of justice so that this matter may be expeditiously considered, the matter is being transferred to the district court in which it could have been properly brought.[5]

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned matter is immediately transferred to the United States District Court for the Western District of Louisiana.

**IT IS FURTHER ORDERED** that a copy of this Order be sent by email to Tiffany@tiffanywalkerlaw.com.

New Orleans, Louisiana, January 1, 2026.

*[signature: Wendy B Vitter]*

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[5] 28 U.S.C. §1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.")